

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-35,575-29

### IN RE JAMES WESLEY MCCARTNEY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. CR920532A & CR920533A IN THE 51ST DISTRICT COURT FROM TOM GREEN COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed two applications for writs of habeas corpus in Tom Green County and his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Tom Green County, shall forward Relator's habeas applications to this Court, respond that Relator has not filed habeas applications in Tom Green County, or forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas applications. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: February 16, 2022
Do not publish